**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| JONATHAN ERIC ROSSMAN, | Case No. ED CV 16-00384-JAK (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| R. FISHER, JR., et. al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 29, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE